# EXHIBIT B



**DEPARTMENT
OF CORRECTIONS**



**Central Office**
1450 Energy Park Drive, Suite 200 | St. Paul, MN 55108
Main: 651.361.7200 | Fax: 651.642.0223 | TTY: 800.627.3529
www.mn.gov/doc

August 22, 2017

Don Asmus-Sheriff
Todd County Sheriff's Office
115 3rd Street S.
Long Prairie, MN 56347

Re: Brett Huber Jr. death.

Sheriff Asmus,

I have completed my review of the documentation provided by the Todd County jail regarding the death of Brett Huber Jr. who was found hanging in his cell on June 9, 2017. This documentation included incident reports, video footage, facility logs and inmate records.

Upon review of these reports and other documentation I have determined that there were two (2) violations of the Chapter 2911 rules in regard to this incident: 2911.5000 subp. 5 Well-being, and 2911.5000 subp. 3 Security post records.

A review of video footage showed three (3) well-being checks were not completed within 30 minutes of the previous check. This includes the well-being check at the time of the incident. One was 55 minutes, one was 53 minutes and the last was 30 seconds.

There is inaccurate logging of well-being checks as well. A check was noted at both 0859 hours and 1055 hours neither of which occurred. Additionally, the last logged check prior to this incident was logged at 1331 hours when in fact staff were not in the unit until 1338 hours.

Jail Administrator Wright is working on the corrective action in regard to well-being checks to ensure timely completion per policy and procedure and improved accuracy of jail logs. These were the same compliance issues for the earlier in-custody death on May 7, 2017.

If you have any questions or concerns please feel free to contact me at 218-628-4993.

Thank You,

Greg Croucher
Senior Detention Facility Inspector
Inspection and Enforcement