# EXHIBIT C



# Facility Inspection Report Issued By The Minnesota Department of Corrections Pursuant to MN Statute 241.021, Subdivision 1

Inspection and Enforcement Unit, 1450 Energy Park Drive, Suite 200, St.Paul MN 55108
Telephone: 651-361-7146  Fax: 651-642-0314  Email: ie-support.doc@state.mn.us

## INSPECTION DETAILS FOR: Todd County Jail

**Address:** 115 Third Street, Long Prairie, MN 56347

**MN Governing Rule:** 2911 Local Adult Detention Facilities

**Inspection Type:** Annual  **Inspected By:** Greg Croucher – Senior Detention Facility Inspector  **Inspected on:** 07/25/2017

**Inspection Method:** Facility tour, staff interviews, employee and resident file reviews, video footage review, and related documentation reviews.

**Officials Present During Inspection:** Jail Administrator Scott Wright; Program Coordinator Cristina Sobeich

**Officials Present for Exit Interview:** Jail Administrator Scott Wright; Program Coordinator Cristina Sobeich; Sheriff Don Asmus

**Issued Inspection Report to:** Jail Administrator Scott Wright; Sheriff Don Asmus; County Administrator Ron Erickson; Regional Manager Sherry Hill

## RULE COMPLIANCE SUMMARY

| Rule Chapter | Requirement Type | Total Applicable | Total Compliance | Total Non Compliance | Total Compliance With Concerns | Compliance Rating | Substantial Compliance Result/Criteria |
|---|---|---|---|---|---|---|---|
| 2911 | Mandatory | 126 | 119 | 7 | 5 | 94.44% | Compliance rating of 100% |
| 2911 | Essential | 97 | 89 | 8 | 5 | 91.75% | Compliance rating of 90% |

## TERMS OF OPERATION

**Authority to Operate:** conditional approval  **Begins On:** 05/01/2017  **Ends On:** 04/30/2018  **Facility Type:** Jail

**Placed on Biennial Status:** No  **Biennial Status Annual Compliance Form Due On:**

**Delinquent Juvenile Hold Approval:** 24 hrs exclusive of weekends and holidays  **Certificate Holder:** Todd County Sheriff's Office

**Special Conditions:** None.

*Approved Capacity Details* *Operational Capacity is calculated as a percent of Approved Capacity beds.*

| Bed Type | Gender | Approved Capacity | %Operating Capacity | Operational Capacity | Bed Details | Conditions |
|---|---|---|---|---|---|---|
| Secure | Coed | 52 | 80 | 41.60 | None. | None. |

**Variances**
NONE

## RULE COMPLIANCE DETAILS

Chapter 2911 - Mandatory Rules Not In Compliance     Total: 7

1. 2911.0900 STAFFING REQUIREMENTS.  Subpart 1.  Staffing plan and staffing analysis.

The facility administrator shall prepare and retain a staffing plan.  The staffing plan shall identify: A. jail personnel assignments for: (1) facility administration and supervisors; (2) facility programs including exercise and recreation; (3) inmate admission, booking, supervision, and custody; (4) support services including medical, food services, maintenance, and clerical; and (5) other jail-relevant functions such as escort and transportation of inmates; B. the days of the week that the assignments are filled; C. the hours of the day that the assignments are covered; and D. any deviations from the plan with respect to weekends, holidays, or other atypical situations must be considered.  The facility administrator or designee shall review the facility's staffing plan at least once each year.  The review shall be documented in written form sufficient to indicate that staffing plans have been reviewed and revised as appropriate to the facility's needs or referred to the facility' governing body for funding consideration.  A facility with a design capacity of more than 60 beds must have a staffing analysis and staffing plan approved by the commissioner of corrections.  This staffing analysis shall include all posts, functions, net annual work hours appropriate to each post, and total number of employees to fill the identified posts and functions.

**Inspection Findings:**

There was no staffing plan available the day of the inspection.  There is some staffing information in the policy.  It normally takes 5 full-time equivalents to fill a 24/7 post, which means the Todd County Jail needs 10 full-time equivalents.  The jail currently has 8 full-time staff, and one part-time staff, which means the jail is short staffed as it does not have 10 full-time equivalents.  While using part-time is acceptable, part-time staff can be more difficult to schedule.  The full-time staffing numbers are a concern.

**Corrective Actions:**

**Complete a staffing plan.  The Department of Corrections recommends the county review the full-time positions versus part-time positions to determine if that is the most effective and efficient way to staff the jail.  (This is a repeat from last two on-site inspections.)**

**Response Needed By: 09/01/2017**

2. 2911.0900 STAFFING REQUIREMENTS.  Subpart 11.  Maintenance personnel and custody staff; separation of duties.

Maintenance personnel shall be employed to perform preventive, routine, and emergency maintenance functions.  Custody staff shall not be given physical plant maintenance duties that detract from their primary responsibilities for ongoing supervision of inmates.

**Inspection Findings:**

Currently jail staff have taken responsibility to see that the shower floors are coated with a special paint.  This is not an appropriate use of custody staff time.  Correctional officers are also changing lightbulbs, which could involve climbing ladders.

**Corrective Actions:**

**The facility needs to find a permanent solution to the shower issues that continue to be an issue.  This shall be completed by qualified professionals not jail staff as a part of their duties.  This is a repeat from the last two on-site inspections and little has been done to address this continued physical plant issue.**

**Response Needed By: 09/01/2017**

3. 2911.0900 STAFFING REQUIREMENTS.  Subpart 25.  Support staff requirements.

Support staff requirements are as follows:  clerical, maintenance, and food service staff shall be provided to meet operational requirements applicable to the facility.

**Inspection Findings:**

County maintenance has some responsibilities in regard to preventative maintenance.  There is little clerical support for the jail.  The one hot meal for the day comes from a local restaurant.  The breakfast and dinner meals are prepared by custody staff members and inmate workers.

**Corrective Actions:**

**The needs of the facility are not being met in regard to this rule part.  Custody staff should not have food service or maintenance responsibilities.  A review of the current processes shall be completed with a written plan to address these issues submitted to facility inspector by September 1, 2017.**

**Response Needed By: 09/01/2017**

### 4. 2911.1000 TRAINING PLAN.

A facility administrator or designee shall develop and implement a training plan for the orientation of new employees and volunteers and provide for continuing in-service training programs for all employees and volunteers. Training plans shall be documented and describe curriculum, methods of instruction, and objectives. In-service training plans shall be prepared annually and shall provide documentation indicating that training for individual employees has taken into consideration their length of service, position within the organization, and previous training completed.

**Inspection Findings:**

There is a training plan but it does not have all the elements of the standard.

**Corrective Actions:**

**Add the curriculum, objectives and methods of instruction to the training plan.**

Response Needed By: **09/01/2017**

### 5. 2911.1900 POLICY AND PROCEDURE MANUALS.

A facility shall have a written policy and procedure manual that is electronically available to staff and relevant regulatory authorities and defines the philosophy and method for operating and maintaining the facility. This manual shall be made available to all employees, reviewed annually, updated as needed, and staff trained accordingly. The manual shall include, at a minimum, the following chapters: A. correctional standards required under this chapter; B. administration and organization; C. fiscal management; D. personnel; E. training; F. inmate records; G. safety and emergency; H. security and control; I. sanitation and hygiene; J. food service; K. medical and health care services; L. inmate rules and discipline; M. communication, mail, and visiting; N. admissions, orientation, classification, property control, and release; O. inmate activities, programs, and services; and P. a written suicide prevention and intervention plan. The facility administrator or designee shall review policy and procedure manuals at least once each year. The review shall be documented in written form sufficient to indicate that policies and procedures have been reviewed and amended as appropriate to facility changes.

**Inspection Findings:**

The policy and procedure manual and inmate handbook are in need of revision in many sections.

**Corrective Actions:**

**Complete and submit for review by December 29, 2017.**

Response Needed By: **12/29/2017**

### 6. 2911.5000 POST ORDERS; FORMAL INMATE COUNT; WELL-BEING CHECKS. Subpart 5. Well-being.

A facility shall have a system providing for well-being checks of inmates. A written policy and procedure shall provide that all inmates are personally observed by a custody staff person at least once every 30 minutes. Thirty-minute checks should be staggered. If a well-being check does not occur due to an emergency, it must be documented in the jail log and have supervisory review and approval. More frequent observation is required for those inmates of a special need classification who may be harmful to themselves. Examples of inmates of a special need classification include those classified as potentially suicidal, or as mentally ill, or those experiencing withdrawal from drugs or alcohol.

**Inspection Findings:**

A review of the jail logs and video footage showed several well-being checks over 30 minutes. Others were logged but not completed. I reviewed several days both day shift and night shift. Additionally, staff members were not always fully entering the housing units.

**Corrective Actions:**

**A plan was supposed to be developed as a part of last years inspection. Most of the findings noted above were an issue a year ago as well. The corrective action at this time will be more frequent auditing of well-being check logs and camera footage by the Jail Administrator. These findings shall be forwarded to the facility inspector. The facility inspector shall also request logs and video footage for review to ensure compliance with this rule. Staff shall fully enter the cell blocks to complete well-being checks.**

Response Needed By: **09/01/2017**

7.  2911.7200  HOUSEKEEPING, SANITATION, AND PLANT MAINTENANCE.  Subpart 2.  Maintenance plan.

A written housekeeping plan for all areas of the physical plant shall provide for daily housekeeping and regular maintenance by assigning specific duties and responsibilities.  Facility floors are kept clean, dry, and free of hazardous substances.  A written policy and procedure shall establish the following requirements:  A. weekly sanitation inspections of all institution areas by a designed staff member; and B. there is documentation that deficiencies, if any, have been corrected.

**Inspection Findings:**

Weekly fire/safety/sanitation inspections are being completed every other week.

**Corrective Actions:**

Ensure that these checks are being appropriately completed weekly.  They also should reflect actual conditions, especially the showers and bathrooms.

**Response Needed By: 09/01/2017**

Chapter 2911 - Essential Rules Not In Compliance                    Total:  8

1.  2911.0700  EMPLOYEE EVALUATION.

Consistent with Minnesota Statutes, an employee shall complete a probationary period and be evaluated during the probationary period before being permanently appointed.  The evaluation shall be in writing, discussed with the employee, and made a part of the employee's personnel record.

**Inspection Findings:**

Several new staff members have been hired in the last two years.  Evaluations have not been completed.  Additionally, staff do not receive annual evaluations.

**Corrective Actions:**

Ensure that all new employees have evaluations completed by the Jail Administrator.  It is recommended that current staff members received evaluations at least annually.

**Response Needed By:**

2.  2911.0900  STAFFING REQUIREMENTS.  Subpart 5.  Class I to Class VI facilities.

Class I to Class VI facilities with average daily inmate populations exceeding 30 shall have a single administrator of the facility whose duties are solely related to administration of the facility.

**Inspection Findings:**

The Jail Administrator has other duties outside of his primary role.  This has led to inspection compliance issues as other things that he is responsible for are not being completed.  Most notably revisions to the policy and procedure manual.  If the county decides to maintain an average daily population of over 30 inmates, the standard requires a Jail Administrator whose duties are solely related to administration.

**Corrective Actions:**

The County and Sheriff need to make a decision regarding how many inmates they are going to board in.  As it stands right now the Jail Administrator position is overloaded with additional duties.  If the county decides to stay below 30 inmates, the Department of Corrections still recommends the County remove all duties that are not related to jail administration from the Jail Administrator because of the number of inmates the jail is boarding in from multiple counties.  See inspection comments #1-Staffing.

**Response Needed By:**

3.  2911.1300  CUSTODY STAFF TRAINING.

A facility shall have a written policy and procedure that provides that all custody staff receive 120 hours of orientation and training during the first year of employment. Forty of these hours are completed prior to being independently assigned to a particular post. All persons in this category are given an additional 16 hours of training each subsequent year. At a minimum, training completed before independent assignment to a particular post shall include: A. security procedures; B. supervision of inmates; C. signs of suicide risk and suicide precautions; D. vulnerable inmates; E. response to resistance regulations and tactics; F. report writing; G. inmate rules and regulations; H. rights and responsibilities of inmates; I. fire and emergency procedures; J. key control; K. interpersonal relations and communication skills; L. diversity training; M. distribution of medications; N. right to know; and O. blood-borne pathogens and communicable diseases.

**Inspection Findings:**

Most staff members were well under the required number of minimum annual training hours. See inspection comments #4-Training.

**Corrective Actions:**

**Ensure that staff members are meeting at least the minimum number of training hours annually.**

**Response Needed By: 09/01/2017**

4. 2911.1400 ADMINISTRATIVE AND MANAGERIAL STAFF TRAINING.

A facility shall have a written policy and procedure that provides that the facility's administrative and managerial staff receive at least 16 hours of orientation. Orientation training shall include, at a minimum, general management and related subjects, data practices, decision-making processes, labor law, employee-management relations, the interaction of elements of the criminal justice system, and relationships with other service agencies. After orientation, a facility's administrative and managerial staff shall receive at least 16 hours of training annually.

**Inspection Findings:**

The Jail Administrator received no training in the last year.

**Corrective Actions:**

**Ensure that at least the minimum number of training hours are completed annually.**

**Response Needed By: 09/01/2017**

5. 2911.3100 INMATE ACTIVITIES AND PROGRAMS. Subpart 1. Written plan.

A facility administrator or designee shall have and implement a written plan for the constructive scheduling of inmate time. The plan shall: A. identify programs offered in the facility and when the programs are offered; B. identify persons conducting the program and whether or not the persons are facility staff, external community resources under contract, or volunteers; C. be consistent with established legal rights of inmates, type and status of inmates detained in the facility, and rule requirements associated with the facility's classification; D. provide inmates with the option to refuse to participate in facility programs, except work assignments and programs required by statute or court order; E. when males and females are housed in the same facility, provide comparable opportunities for participation in programs and services; and F. require documentation of programs offered and inmates participating in programs.

**Inspection Findings:**

There is little documentation of a written plan for jail programs. There is limited programming and recreation space in the jail. There is no gym for active recreation and only bible study and AA for programming.

**Corrective Actions:**

**Now that there is a jail program coordinator, their efforts and time shall be used to increase jail programs and activities and not be given correctional officer duties. Continue efforts to find additional programming and activities.**

**Response Needed By:**

6. 2911.3100 INMATE ACTIVITIES AND PROGRAMS. Subpart 4. Education.

A facility shall have a written policy and procedure that provides for inmate access to educational programs, vocational counseling, and when available, vocational training. When possible, a facility shall arrange to have these educational programs delivered in classroom specifically designed and equipped for educational or vocational programming. Class I facilities are exempt from this requirement with the exception of those approved by the commissioner to house inmates serving alternative sentences. Text books necessary to complete a course of study, to the extent that local resources permit, shall be made available to inmates. The facility shall not be responsible for the purchase of text books to complete a course of study.

**Inspection Findings:**

The facility is unable to get GED or other educational programming.

**Corrective Actions:**

**The Program Coordinator needs time to find educational programming.**

Response Needed By:

7. 2911.3100 INMATE ACTIVITIES AND PROGRAMS.  Subpart 7.  Recreation plan.

The facility administrator or designee shall have a plan providing opportunities for physical exercise and recreational activities for all inmates consistent with the facility's classification and design. Class I facilities are exempt from this requirement. The plan shall include policies and procedures necessary to protect the facility's security and the welfare of inmates. Policy and procedure shall provide:  A. inmates with access to recreational opportunities and equipment, including seven hours of physical exercise or recreation outside the cell and adjacent dayroom areas per week;  B. recreational opportunities a minimum of five days per week;  C. indoor space and equipment for active recreational activities in all Class II to Class VI facilities;  D. outdoor recreational space and equipment for outdoor recreational programming in all Class VI facilities. The space and equipment shall be provided in a manner consistent with the facility's security classification;  E. passive and active recreation needs and equipment for a variety of inmates consistent with the facility's classification and offenders served. As an example, activity needs of geriatric, disabled, or geriatric and disabled offenders shall be addressed;  F. inmates in segregation with a minimum of one hour a day, seven days a week, of exercise outside the inmates' cells, unless security or safety considerations dictate otherwise; and G. discretionary access by inmates on segregation status to the same recreational facilities as other inmates unless security or safety considerations dictate otherwise. When inmates on segregation status are excluded from use of regular recreation facilities, the alternative area for exercise used shall be documented.

**Inspection Findings:**

The facility has a program room but no gym, so there is limited opportunity for physical exercise.

**Corrective Actions:**

**This is a physical plant issue, so there is no corrective action unless the County decides to remodel or expand the jail.**

Response Needed By:

8. 2911.5800 AVAILABILITY OF MEDICAL AND DENTAL RESOURCES.  Subpart 5.  Health care liaison.

In a facility without full-time qualified health care personnel, a designated health-trained staff member may act as liaison to coordinate the health care delivery in the facility under the direction of the health authority.

**Inspection Findings:**

There are 2 correctional officers on 24/7 but no one is identified as the health care liaison.

**Corrective Actions:**

**Identify who will be the heath care liaison.**

Response Needed By:

Chapter 2911 - Mandatory Rules In Compliance With Concerns    Total: 5

1. 2911.2600  CLASSIFICATION OF INMATES.  Subpart 1.  Policy and procedure.

A facility shall have a written policy and procedure that provides for inmate classification in terms of level of custody required, housing assignment, participation in facility programs, and use of any overrides. The facility's policy and procedure on classification shall include consideration of the following: A. inmate gender; B. juvenile or adult status; C. category of offense; D. severity of current charges, convictions, or both; E. degree of escape risk; F. potential risk of safety to others and self; G. institutional disciplinary history; H. serious offense history; I. special needs assessment, inclusive of vulnerable adults, which includes a determination of how medical needs, mental health needs, developmental disability, or other behavioral or physical limitations or disabilities may impact on the classification of an inmate and appropriate housing of same; and J. special management inmate status.

**Inspection Findings:**

Revisions to this policy need to be made to reflect the changes to Chapter 2911 that went into effect in December 2014.

**Corrective Actions:**

**Revise terminology found in the policy.**

**Response Needed By:**

2. 2911.3700 EMERGENCIES AND UNUSUAL OCCURRENCES. Subpart 2. Quarterly review of emergency procedures.

There shall be a review of emergency procedures once every three months. The review shall include: A. assignment of persons to specific tasks in case of emergency situations; B. instructions in the use of alarm systems and signals; C. systems for notification of appropriate persons outside the facility; D. information on the location and use of emergency equipment in the facility; E. specification of evacuation routes and procedures; and F. that the review be documented and require signature or initialing by all staff.

**Inspection Findings:**

The emergency reviews were completed by correctional staff, but the nurse was not included in the reviews. The plans themselves and evacuation maps are in need of some revision to make sure they include primary and secondary routes and all emergency equipment.

**Corrective Actions:**

**Include the nurse in the quarterly reviews. (This is a repeat from the last two on-site inspections.)**
**Revise maps and plans and have staff complete more scenario based training rather than just a policy review.**
**Add these reviews to training records.**

**Response Needed By:**

3. 2911.3800 FOOD HANDLING PRACTICES.

Food service shall be provided according to Minnesota Department of Health rules.

**Inspection Findings:**

Countryside Restaurant provides the hot meal for the jail. Inmate workers prepare the other two meals under staff supervision. Meal serving itself takes a significant amount of time and is inefficient as correctional deputies manually pour out the drinks as they push the food cart down the hall.

**Corrective Actions:**

**Provide for an alternative drink so that meal serving time can be decreased. Ensure that there is proper documentation and training for both staff and inmate workers in regard to food handling.**

**Response Needed By:**

4. 2911.5300 SEARCHES, SHAKEDOWNS, AND CONTRABAND CONTROL. Subpart 4. Daily inspections.

A facility shall be inspected at least daily for contraband, evidence of breaches in security, and inoperable security equipment, and shall document the inspection.

**Inspection Findings:**

There is a daily inspection form that is being filled out. However they are not always consistent with what the actual conditions are in the cells and support spaces. As staff are in the housing units infrequently it is difficult to document the actual conditions of these areas.

**Corrective Actions:**

Develop a plan to ensure that daily inspections are both completed and indicative of the conditions of the jail. Some improvement has been shown since the 2016 on-site inspection.

Response Needed By:

5. 2911.6600 DELIVERY. Subpart 3. Refresher training.

A nonmedical staff person delivering medication shall receive refresher training a minimum of once every three years.

**Inspection Findings:**

Staff are currently receiving refresher training every 3 years.

**Corrective Actions:**

It is recommended that due to the limited amount of nursing on-site hours that staff members received this refresher training annually.

Response Needed By:

Chapter 2911 - Essential Rules In Compliance With Concerns          Total: 5

1. 2911.0900 STAFFING REQUIREMENTS. Subpart 17. Escort, movement, or booking staff.

Class I to Class VI facilities' staff shall be provided as follows: A. internal escort, rover, or movement officers in sufficient numbers as determined in the approved staffing plan under this subpart to ensure that inmates have access to staff, programs, activities, and services, and that the safety and security of the facility is not compromised; B. sufficient staff present to provide for the booking of offenders without a reduction in the safety or security of the facility and inmates; C. in multifloor jails, custody staff posted on each floor occupied by inmates; and D. sufficient numbers of staff to complete duties listed in post orders. Class I to Class VI facility staff shall not be used for the external transportation of inmates or court security if the level of inmate supervision, inmate admission, programs, or internal inmate movement would be reduced below minimums afforded under the facility's staffing plan.

**Inspection Findings:**

Although 2 correctional deputies meets the standard, during peak times with meals, bookings, and medication distribution this staffing pattern does not always work.

Jail staff are not be used for external transportation of inmates. They do take the inmates to the court holding room and then the bailiffs are responsible for them.

**Corrective Actions:**

It is recommended that an additional correctional deputy be on duty for 4-6 hours during peak times when the inmates are not in lockdown for the night. The Jail Administrator and Program Coordinator shall not be used to make up for staffing shortages.

Response Needed By:

2. 2911.0900 STAFFING REQUIREMENTS. Subpart 20. Coordination of programs.

In a Class III and Class VI facility, a staff person shall be designated to coordinate educational and vocational programs, social service programs, work release, and volunteer services programs. The following minimum inmate to program staff ratio shall apply for the average daily population: A. 30 or under, program staffing needs comply with subpart 4; B. 31 to 60, one full-time program staff person; and C. over 60, program staffing needs are addressed as part of the overall facility staffing plan.

**Inspection Findings:**

A jail Program Coordinator has been hired but they have not been able to do much in the way of jail programs. Currently this staff member does Assistant Jail Administrator and custody staff duties as well as being the sole field training officer for new staff members. This is due to the jail not have adequate numbers of custody staff.

**Corrective Actions:**

The jail Program Coordinator shall be fully assigned to jail program and activities. Custody staff duties should only be assigned during emergency situations.

### 3. 2911.1500 PROGRAM STAFF TRAINING.

A facility shall have a written policy and procedure that provides that the facility's program personnel receive at least 40 hours of orientation and training in the first year of employment, and at least 16 hours of training each year thereafter. This training must cover, at a minimum: A. security procedures and regulations; B. planning; C. development, and implementation of treatment, educational, and recreational programs; D. inmate and staff rules and regulations; E. rights and responsibilities of inmates; F. emergency procedures; G. interpersonal relations; H. interaction of elements of the criminal justice system; and I. first aid.

**Inspection Findings:**

The Jail Program Coordinator started just a few months ago.

**Corrective Actions:**

**Moving forward additional training will be needed for this staff member.**

Response Needed By:

### 4. 2911.1600 DESIGNATED TRAINING OFFICER.

A facility shall have a designated training officer responsible for: A. maintenance of training plans as required in part 2911.1000; B. maintenance of training records in sufficient detail to allow inspector assessment of compliance with parts 2911.1100 to 2911.1700; and C. documentation of waivers of training requirements based on equivalent training received before employment or demonstrated competency through proficiency testing.

**Inspection Findings:**

Cristina Sobeich is the designated training officer and field training officer for new staff members. She is also the Program Coordinator.

**Corrective Actions:**

**This position is overloaded with other duties. A different staff person should be assigned as the designated training officer. Additionally, more field training officers should be trained.**

Response Needed By:

### 5. 2911.2850 INMATE DISCIPLINE PLAN. Subpart 3. Due process.

Disciplinary segregation shall be used only in accordance with due process to include at a minimum: A. published rules of conduct and penalties for violation of rules; B. written notice of alleged violation of a rule; C. the right to be heard by an impartial hearing officer and to present evidence in defense: (1) the inmate may waive the hearing in writing; and (2) a written record is made of the disciplinary hearing and sanctions or other actions taken as a result of the hearing; D. the right to appeal; E. the status of an inmate placed on disciplinary segregation for more than 30 continuous days subsequent to a disciplinary hearing shall be reviewed, approved, and documented by the facility administrator or designee at least once every 30 days, and the facility shall develop written policy, procedure, and practice that provides that inmates in disciplinary segregation receive visits from the facility administrator or designee at least once every seven days as a part of the disciplinary segregation review process; F. an inmate placed in segregation for an alleged rule violation shall have a disciplinary hearing within 72 hours of segregation, exclusive of holidays and weekends, unless documented cause can be shown for delays. Examples of causes for delay are inmate requests for delay, or logistical impossibility, as in the case of mass disturbances; and G. the facility administrator or designee can order immediate segregation when it is necessary to protect the inmate or others. This action is reviewed and documented within three working days.

**Inspection Findings:**

Several elements of the discipline and due process policies and procedures need to be revised to reflect changes to Chapter 2911 and facility practices.

**Corrective Actions:**

**Update the policies and procedures to meet the standard.**

Response Needed By:

## INSPECTION COMMENTS

Several rule compliance issues from last year's on-site inspection have not been addressed or rectified. Some of these issues were noted over several inspections including one year ago. Some of these compliance issues have either not been addressed or have become worse over the last year.

A close out meeting with the Sheriff and Chief Deputy was purposely not done at the conclusion of this years on-site inspection as a longer, more in-depth meeting on the jail issues shall be scheduled by the facility inspector.

1) Staffing: Staffing continues to be an issue at the Todd County jail. A staffing analysis has not been completed since last year's on-site inspection. Currently the jail has 8 full-time equivalents performing custody staff duties. Ten custody staff are needed as there are two full-time posts in the jail. The Jail Administrator and Program Coordinator are at times being used to make up this difference. This is not an appropriate allocation of staff. The Jail Administrator shall have no duties not related to jail administration, and the Program Coordinator should being doing programs activities. Due to the lack of adequate staffing levels other duties are not being completed. A staffing analysis shall be completed with the assistance of the facility inspector.

2) Well-being checks: There continues to be concerns in regard to well-being checks. A review of video footage and jail logs showed late rounds well in excess of 30 minutes. Additionally, some checks that were found to be documented on the jail log were found to have not been completed when compared to the review of video footage. This is an unacceptable and potentially dangerous practice that opens up the Sheriff's Office to increased liability. This practice clearly violates the Chapter 2911 rules. Correctional deputies need to prioritize their duties so that well-being checks are completed according to facility policy and D.O.C. standards. The camera review also showed that staff are not always fully entering the housing units to complete well-being checks. It is important for staff to enter the units, not only to ensure the physical well-being of the inmates, but also the psychological well-being of the inmates. It is also important to ensure that inmates are not taking advantage of each other and/or hiding contraband. A system to audit well-being checks on a regular basis is now needed.

3) Physical Plant: The shower floors in most housing units are in need of repair. Several short-term or temporary fixes have been tried and failed. A long-term solution to this issue is now required. The shower hooks have been removed and replacements installed. However, the embeds that held the old shower hooks still remain. A safety issue was discussed with the Jail Administrator about these embeds as well as some wall-mounted vents. Steps need to be taken to address these concerns. Submit a written plan to address these two physical plant issues by August 28, 2017. A camera is recommended in the kitchen.

4) Training: Since last year's inspection only a small amount of training has occurred. The majority of staff in the jail were well under the minimum required hours of annual refresher training. It is very important that all staff members receive adequate refresher training in Chapter 2911 rules 2911.1300 and 2911.1350.

Since the facility continues to not be in substantial compliance, the Todd County Jail will remain on annual inspection cycle.

### JJDPA Compliance

A Juvenile Justice and Delinquency Prevention Act audit was not conducted, as one was completed during the previous on-site inspection.

The facility does not participate in any "Scared straight" programs for any youth that are under public authority.

Report completed By: Greg Croucher – Senior Detention Facility Inspector

Signature: *[signed] Gregory A. Croucher*