# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Brett W. Huber, Sr., et al.,

                         *Plaintiff,*

v.                                                    Case No. 0:18–cv–02317–SRN–LIB

Cristina Ann Marie Sobiech, et al.,

                         *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:   Cristina Ann Marie Sobiech

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Andrew J Noel
                333 South 7th Street
                Ste 3000
                Minneapolis, MN
                55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*         By:

                                                             Signature of Clerk or Deputy Clerk
                                                         Mandy M. Price

Date of Issuance:  <u>August 8, 2018</u>

# Summons and Complaint Return of Service

Case No. 0:18−cv−02317−SRN−LIB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     Cristina Ann Marie Sobiech

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Brett W. Huber, Sr., et al.,

*Plaintiff,*

v.  Case No. 0:18–cv–02317–SRN–LIB

Cristina Ann Marie Sobiech, et al.,

*Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:  James Olson

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Andrew J Noel
>333 South 7th Street
>Ste 3000
>Minneapolis, MN
>55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*        By:

*Signature of Clerk or Deputy Clerk*

Mandy M. Price

Date of Issuance:  August 8, 2018

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:18–cv–02317–SRN–LIB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: James Olson

Date of Service:

## Method of Service

_____ Personally served at this address:

_____ Left copies at defendant's usual place of abode with (name of person):

_____ Other (specify):

_____ Returned unexecuted (reason):

**Service Fees:**  Travel $_____  Service $_____  Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Brett W. Huber, Sr., et al.,

                       *Plaintiff,*

v.                                               Case No. 0:18–cv–02317–SRN–LIB

Cristina Ann Marie Sobiech, et al.,

                       *Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:   John Does 1–2

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Andrew J Noel
        333 South 7th Street
        Ste 3000
        Minneapolis, MN
        55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*        By:

                                                       Signature of Clerk or Deputy Clerk
                                               Mandy M. Price

Date of Issuance:  August 8, 2018

# Summons and Complaint Return of Service

Case No. 0:18−cv−02317−SRN−LIB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:　　　John Does 1–2

Date of Service: _____

## Method of Service

_____ Personally served at this address:

_____ Left copies at defendant's usual place of abode with (name of person):

_____ Other (specify):

_____ Returned unexecuted (reason):

**Service Fees:**　Travel $_____　Service $_____　Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Brett W. Huber, Sr., et al.,

                      *Plaintiff,*

v.                                                   Case No. 0:18–cv–02317–SRN–LIB

Cristina Ann Marie Sobiech, et al.,

                        *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:   Scott Wright

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

            Andrew J Noel
            333 South 7th Street
            Ste 3000
            Minneapolis, MN
            55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*         By:

                                                                       Signature of Clerk or Deputy Clerk
                                                                Mandy M. Price

Date of Issuance:   August 8, 2018

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:18–cv–02317–SRN–LIB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     Scott Wright

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at defendant's usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

Brett W. Huber, Sr., et al.,

                      *Plaintiff,*

v.                                             Case No. 0:18–cv–02317–SRN–LIB

Cristina Ann Marie Sobiech, et al.,

                      *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:   Todd County

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

           Andrew J Noel
           333 South 7th Street
           Ste 3000
           Minneapolis, MN
           55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*         By:

                                                          Signature of Clerk or Deputy Clerk

                                                          Mandy M. Price

Date of Issuance:   August 8, 2018

# Summons and Complaint Return of Service

Case No. 0:18–cv–02317–SRN–LIB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:	Todd County

Date of Service:

## Method of Service

___ Personally served at this address:

___ Left copies at defendant's usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:**  Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address: