


**GaskinsBennett & Birrell** LLP

333 South Seventh Street, Suite 3000
Minneapolis, Minnesota 55402
TEL 612.333.9500  FAX 612.333.9579
TOLL 866.397.4497

Direct: 612-333-9514
mbetinsky@gaskinsbennett.com

December 6, 2018

Magistrate Judge Leo I. Brisbois
United States District Court
515 West 1st Street, Room 412
Duluth, MN 55802-1397

Re: Huber v. Sobiech, et al.,
    USDC File No. 18-cv-2317 (NEB/LIB)

Dear Judge Brisbois:

I am writing to advise the Court that the parties have reached a settlement in this matter. Accordingly, the Court may strike from its calendar the initial pretrial conference scheduled for next Tuesday, December 11, 2018, at 3:00 pm in Fergus Falls.

The parties anticipate filing a stipulation of dismissal of this action with prejudice after presenting a petition for distribution of the settlement proceeds to Judge Brasel for her approval. The petition will be filed in short order. In the meantime, if the Court has any questions, I can be reached at the contact information listed above.

Very truly yours,

Marc E. Betinsky

cc: Jason Hiveley, Esq. (counsel for Defendants)