| December 06, 2018<br>10:46 am | | | GASKINS, BENNETT & BIRRELL, LLP<br>Detail Time Submittal Report | | | Page 1 |
|---|---|---|---|---|---|---|
| Ref No | Date | Staff | Client and Matter | Hours | Rate | Amount |
| 3502800 | 01/03/2018 | | 3235-20088 Brett Huber<br>In regarding: Brett Huber, Sr. as Trustee for the Next of kin of Brett Huber, Jr.<br>    C__ Civil filing fee | 1.00 | 302.00 | 302.00 |
| | | | Daily Total (Costs) | | | 302.00 ** |
| 3507752 | 07/27/2018 | | 3235-20088 Brett Huber<br>In regarding: Brett Huber, Sr. as Trustee for the Next of kin of Brett Huber, Jr.<br>    09167 C__ South Dakota criminal record search for Huber | 0.00 | | 20.00 |
| 3508022 | 07/27/2018 | | 3235-20088 Brett Huber<br>In regarding: Brett Huber, Sr. as Trustee for the Next of kin of Brett Huber, Jr.<br>    16701 C__ Medical records from CentraCare Clinic, Long Prairie | 0.00 | | 72.31 |
| | | | Daily Total (Costs) | | | 92.31 ** |
| 3508040 | 08/08/2018 | | 3235-20088 Brett Huber<br>In regarding: Brett Huber, Sr. as Trustee for the Next of kin of Brett Huber, Jr.<br>    C__ USDC filing fee | 1.00 | 400.00 | 400.00 |
| 3508205 | 08/08/2018 | | 3235-20088 Brett Huber<br>In regarding: Brett Huber, Sr. as Trustee for the Next of kin of Brett Huber, Jr.<br>    16704 C__ Medical records from Sauk Centre Clinic (CentraCare) | 0.00 | | 32.97 |
| | | | Daily Total (Costs) | | | 432.97 ** |
| 3508376 | 08/13/2018 | | 3235-20088 Brett Huber<br>In regarding: Brett Huber, Sr. as Trustee for the Next of kin of Brett Huber, Jr.<br>    08795 C__ Pre payment for 631 pages of medical records from St. Cloud Hospital | 0.00 | | 964.46 |
| | | | Daily Total (Costs) | | | 964.46 ** |
| 3508492 | 08/31/2018 | | 3235-20088 Brett Huber<br>In regarding: Brett Huber, Sr. as Trustee for the Next of kin of Brett Huber, Jr. | 1.00 | 32.13 | 32.13 |



EXHIBIT 5

| December 06, 2018 10:46 am | GASKINS, BENNETT & BIRRELL, LLP Detail Time Submittal Report | | | Page 2 |
|---|---|---|---|---|

| Ref No | Date | Staff | Client and Matter | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | C__ Computerized Legal Research, August 2018 | | | |
| 3508493 | 08/31/2018 | | | | | |
| | | | 3235-20088 Brett Huber<br>In regarding: Brett Huber, Sr. as Trustee for the Next of kin of Brett Huber, Jr.<br>    C__ | 0.00 | | 0.00 |
| | | | Daily Total (Costs) | | | 32.13 ** |
| 3509086 | 09/30/2018 | | | | | |
| | | | 3235-20088 Brett Huber<br>In regarding: Brett Huber, Sr. as Trustee for the Next of kin of Brett Huber, Jr.<br>    C__ Computerized legal research - September, 2018 | 1.00 | 61.89 | 61.89 |
| | | | Daily Total (Costs) | | | 61.89 ** |
| 3510111 | 11/07/2018 | | | | | |
| | | | 3235-20088 Brett Huber<br>In regarding: Brett Huber, Sr. as Trustee for the Next of kin of Brett Huber, Jr.<br>    C__ Iversin Reuvers, LLC 1/2 payment of medical records | 1.00 | | -482.23 |
| 3510314 | 11/12/2018 | | | | | |
| | | | 3235-20088 Brett Huber<br>In regarding: Brett Huber, Sr. as Trustee for the Next of kin of Brett Huber, Jr.<br>    15565 C__ Lunch meeting - RB | 0.00 | | 105.82 |
| 3510707 | 11/30/2018 | | | | | |
| | | | 3235-20088 Brett Huber<br>In regarding: Brett Huber, Sr. as Trustee for the Next of kin of Brett Huber, Jr.<br>    C__ Computerized Legal Research, November 2018 | 1.00 | 58.63 | 58.63 |
| 3510777 | 12/05/2018 | | | | | |
| | | | 3235-20088 Brett Huber<br>In regarding: Brett Huber, Sr. as Trustee for the Next of kin of Brett Huber, Jr.<br>    09125 C__ Arthur J. Boylan ADR LLC - mediation fee | 0.00 | | 3500.00 |
| | | | Daily Total (Costs) | | | 3182.22 ** |
| | | | Grand Total (Costs)<br>Grand Total (All Charges) | | | 5067.98 **<br>5067.98 ** |