UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Brett W. Huber, Sr. and Renae Berkland Huber, as Co-Trustees for the next-of-kin of Brett Warner Huber, Jr., | Civ. No. 18-2317 (NEB/LIB) |
| Plaintiffs, | |
| v. | **DECLARATION AND CONSENT OF WALTER HUBER** |
| Cristina Ann Marie Sobiech, acting in her individual capacity as a Todd County correctional officer; James Olson, acting in his individual capacity as a Todd County correctional officer; John Does 1-2, acting in their individual capacities as Todd County correctional officers; Scott Wright, acting in his individual and official capacities as Jail Administrator of the Todd County Jail; and Todd County, | |
| Defendants. | |

I, Walter Huber, pursuant to 28 U.S.C. § 1746, do hereby declare under the penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I make this Declaration and Consent in support of Plaintiffs' Petition for Distribution of Proceeds Under Minnesota Court Rule 114.05 in the above-captioned matter.

2. I am Brett Warner Huber, Jr.'s grandfather.

3. I have reviewed Plaintiffs' Petition for Distribution of Proceeds Under Minnesota Court Rule 114.05 and consent to the distribution of proceeds described therein.

4. I waive any right I may have to a court hearing on the approval of distribution of proceeds.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 12/10/18                                    _____Walter H. Huber_____
                                                         Walter Huber